FRANK JOAQUIN, an Infant, by FRANK JOAQUIN, His Guardian ad Litem, Respondent, v. SIMON ALBERT, Appellant.— Order affirmed, with costs and

disbursements.  No opinion.  Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.